# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>LAMBERTSON TRUEX, LLC,<br><br>Debtor. | Chapter 11<br>Case No. 09-10747 (PJW) |
| LAMBERTSON TRUEX, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NELLO BALAN,<br>K-2 REST CORP. dba Little Nello, and<br>999 RESTAURANT CORP. dba Nello Rest.,<br><br>Defendants. | Adversary No. 09-51295 (PJW)<br><br>Re: Docket No. 21 |

## ORDER FOR JUDGMENT BY DEFAULT

Default was entered against defendants, Nello Balan, K-2 Rest Corp. dba Little Nello, and 999 Restaurant Corp. dba Nello Rest. (the "Defendants") on September 4, 2009. The plaintiff, Lambertson Truex, LLC (the "Plaintiff"), has requested an entry of judgment by default and has filed an affidavit of the amount due and stating that these Defendants are not in the military service. Furthermore, it appears from the record that these Defendants are not infants or incompetent persons. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against these Defendants in favor of the Plaintiff in the amount of $14,098.60, broken down as follows:

| | |
|---|---:|
| Principal: | $13,848.60 |
| Costs: | $250.00 |
| **Total:** | **$14,098.60** |

Dated: 0ct 14, 2009
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE